E-FILED
Friday, 09 September, 2005  10:09:00 AM
Clerk, U.S. District Court, ILCD

# United States District Court

___CENTRAL___ DISTRICT OF ___ILLINOIS___

UNITED STATES OF AMERICA,

v.

ORVILLE A. ADAMS.

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05- 3056 - m

FILED
SEP - 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 21, 2005__ in __Adams__ county, in the __Central__ District of __Illinois__ defendant did:

knowingly and intentionally possessed methamphetamine with the intent to distribute;

in violation of Title __21__ United States Code, Section __841(a)(1)__

I further state that I am an __Inspector with the Illinois State Police Task Force__ and this complaint is based on the following facts:
Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

s/ Lee Mangold
Signature of Complainant

Sworn to before me and subscribed in my presence,

September    , 2005  2PM    at Springfield, Illinois
Date                                      City and State

Byron G. Cudmore
United States Magistrate Judge                s/ Byron G. Cudmore
Name & Title of Judicial Officer              Signature of Judicial Officer

# AFFIDAVIT

1. Your affiant, Lee Mangold, is a Quincy Police Officer (for the past 22 years) currently assigned as an Inspector with the Illinois State Police West Central Illinois Task Force. I have investigated drug and specifically methamphetamine manufacturers and distributors on numerous occasions.

2. This affidavit is being submitted in support of a Complaint charging Orville A. Adams ("Adams") (DOB 6/10/69) with possessing methamphetamine with the intent to distribute it. This affidavit does not contain all of the information I aware of concerning Adams and his involvement with manufacturing and distributing methamphetamine.

3. On 06/21/05, Inspector Matt McElfresh and Inspector Bill Wilson from the West Central Illinois Drug Task Force assisted Mark Brady, an Illinois State Parole Agent, on a home visit/search of Orville Adams' residence, located at 805 Oak Street Quincy, Adams County, Illinois. Inspector Bill Wilson and Parole Agent Mark Brady approached the front door of the apartment of Adams', while Inspector McElfresh went to the rear of the apartment complex to assure Adams would not climb out a window and escape. Officers found Adams and a Stephanie Stice inside the residence. While inside, Parole Agent Brady advised Adams that Brady was going to conduct a urine test. Adams replied that he would be dirty for meth. Adams was then asked if there were any syringes in the house, due to the fact Parole Agent Brady along with Inspector Wilson and Inspector McElfresh were going to search the apartment. Adams replied there was a syringe in the refrigerator. Adams has a history of consuming methamphetamine by shooting the meth intravenously.

4. Inspector McElfresh began to search the northwest bedroom with Parole Agent Brady. Inspector McElfresh found, in the top dresser drawer of the northwest bedroom, a small pink zip lock baggie, which contained approximately one quarter gram of a off white powdery substance purported to be methamphetamine. Also in this drawer were one corner baggie, which contained approximately 1/2 gram of off white powdery substance, and a sandwich baggie that contained a sandwich bag inside of it with approximately 7 grams of off white powdery substance and what appeared to be two used filters (ISP lab confirmed the substance contained methamphetamine and weighed 6.4 grams). A field test was conducted on a small portion of each of the contents of the baggies, which revealed the presence of methamphetamine. Also seized was a black wallet, in this dresser drawer, which contained an Illinois ID card of Adams, a social security card for Adams, and an Inmate ID card for Adams. Adams was asked by Parole Agent Brady whose bedroom it was and Adams replied it was his roommate. Adams replied his roommate moved in approximately two weeks ago. Based upon my experience, I am aware that 6.4 grams of methamphetamine is a distribution amount of drugs.

5. Adams was taken into custody and lodged in Adams County Jail. On 8/23/05, Adams made a collect call from the Jail to a Laura Hudson. During that conversation, Adams discussed the search of his residence, and admitted that the "stuff" found in the

top dresser drawer next to his billfold was his and that he had 14 grams---or words to that effect. It should be noted that inmates at the Adams County Jail are notified prior to using the telephone that their conversations will or could be monitored and recorded.

Further, affiant sayeth not:

s/ Lee Mangold

Lee Mangold
Inspector
West Central Illinois Task Force


Sworn before me this 8th day of September, 2005: 2PM

s/Byron Cudmore

Byron Cudmore
United States Magistrate Judge