UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CRIMINAL NO. 05- 30088 |
| | ) |
| ORVILLE A. ADAMS, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S NOTICE OF PRIOR CONVICTION**

The United States of America by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Gregory M. Gilmore, file the following notice of prior conviction, and in support thereof state:

The defendant was convicted of unlawful possession with the intent to deliver a controlled substance in Adams County, Illinois on November 13, 2002, in case number 02-CF-436, and received a sentence of four and a half years to the Illinois Department of Corrections.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


 s/ Gregory M. Gilmore
Gregory M. Gilmore, Reg. No. 06217499
U.S. Attorney's Office
318 South 6th Street
Springfield, IL   62701
Telephone: 217/492-4450
greg.gilmore@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Douglas J. Beevers
      Assistant Federal Public Defender
      600 E. Adams
      2nd Floor
      Springfield, IL   62701

                        s/ Gregory M. Gilmore