E-FILED
Monday, 02 March, 2015 04:15:07 PM
Clerk, U.S. District Court, ILCD

FILED

MAR 02 2015

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case Number: 3:05-CR-30088-JES |
| ORVILLE A. ADAMS, | Judge: Jeanne E. Scott |
| Defendant. | |

## MOTION FOR APPOINTMENT OF COUNSEL

I, ORVILLE A. ADAMS, the Defendant in the above-captioned case, hereby request that this Honorable Court appoint the Federal Public Defender's Office for the Central District of Illinois to represent me for purposes of seeking a reduction of my sentence under the new guideline amendment, Amendment 782 effective November 1, 2014.

Signed: *Orville Adams*
[SIGNATURE]

Date: 2-23-15

Name: ORVILLE ADAMS

Reg. No. 14545-026

Address: PO Box 800
FCI Herlong
Herlong, CA 96113