FILED
DEC 21 2015
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Tuesday, 22 December, 2015 01:49:16 PM
Clerk, U.S. District Court, ILCD

05-30088

Honorable Judge Scott,

I received a letter from the courts on Dec. 4, 2015 stating that my attorney, Doug Beevers has withdrawn from my case. In the letter it also states that I was sentenced as a Career Offender. I was supposed to be sentenced as a drug offender under USSG 2D1-1. According to my attorney, once I accepted responsibility, any laws that become retroactive pertaining to the drug law, I am able to receive reductions.

On May 15, 2006 I was sentenced for possession with intent to distribute. The amount of time I received was because I was put in the Career Offender Guidelines. I would like to see about having my case looked at again to help fix this situation. My attorney suggested I bring this to your attention because I am currently in RDAP and I could be receiving the time off if it wasn't for me being a Career Offender.

Since I've been incarcerated I've used my time very wisely. I've obtained my GED, I've completed anger management courses. I have been involved in a lot of self help classes. I also have been employed since being here through UNICOR

I have been paying my fines as ordered by you. I also have recently entered the RDAP program to help better myself and become a proper member of society. I have also been building better relations with my father and family members that I distanced myself from due to the lifestyle I lived.

    I ask the court to consider looking deeper into this matter and possibly helping me recieve the deduction available for a drug offender. I thank you for your time and consideration into this subject.

                    Sincerely,
                      Orville Adams

⇔14545-026 ⇔

Orville Adams
14545026
Federal Correction Institutoin
po box 33
Terre Haute, IN 47808
United States

545-026 ⇔
Us Distict Court House
600 E Monroe ST
151 us Court House
Springfield, IL 62701
United States