Judge ~~[scribbled]~~

Dear Sue E. Myerscough

05-30088

I'm writing this letter to ask for a appointed Public Defender.

I recieved a letter on June 7th 2016. stating that I may be able to challenge my career offender sentence in light of the supreme courts opinion in welch v. united states, 136 S.Ct. 1257 (2016)

I have no money for a lawyer and would like to file my (2255) 28 U.S.C. as soon as possible.

The date that the letter said to file by is June 25th 2016

I filed a motion and it was denied on January 07th 2016

The motion was for a sentence reduction to 18. U.S.C. 3582(c)(2)

Please consider this request.
I thank you so much for your time.

Orville Adams
14545026
Federal Correction Institution
po box 33
Terre Haute, IN 47808
United States

545-026
Us Distict Court House
600 E Monroe ST
151 us Court House
Springfield, IL 62701
United States

6-7-16

INDIANAPOLIS IN 463
03 JUN 2016 PM 4 L

PURPLE HEART
FOREVER USA